UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, et al.,<br><br>Defendants. | No. 1:19-cv-01147-DAD-JLT<br><br>ORDER GIVING EFFECT TO STIPULATION, SUBMITTING ACTION TO ARBITRATION, AND STAYING ACTION<br><br>(Doc. No. 10) |

On September 9, 2019, the parties to this action filed a stipulation, notifying the court that they had agreed to submit this matter to binding and final arbitration. Pursuant to that stipulation, and good cause appearing, the court orders as follows:

1. This action shall be submitted to final and binding arbitration conducted pursuant to the terms of the FAA, the Arbitration Agreement, and the CarMax Dispute Resolution Rules and Procedures ("DRRP");

2. The arbitration shall be conducted before a single arbitrator selected from an arbitrator panel provided by Signature Resolution pursuant to the procedures provided in Rule 5 of the DRRP;

3. This action shall be stayed pending arbitration, and all dates currently on calendar are vacated;

1

4. The parties will notify the court of the conclusion of the arbitration within 30 days following the issuance of a Final Award by the Arbitrator;

5. The parties agree to bear their own attorney's fees and costs for the filing and prosecution of the action in court thus far; and

6. The parties further agree not to seek any form of sanctions against each other including attorney's fees or costs from the Arbitrator, the Superior Court, or this court that are in any way related to plaintiff's filing and prosecution of the action in court and not in arbitration.

IT IS SO ORDERED.

Dated: **September 11, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE