# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTINA HERNANDEZ,** <br><br> Plaintiff, <br><br> v. <br><br> **CARMAX AUTO SUPERSTORES CALIFORNIA, LLC., et al.,** <br><br> Defendants. | Case No. 1:19-cv-01147 DAD JLT <br><br> **ORDER CLOSING THE ACTION** <br><br> **(Doc. 12)** |

The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 12) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **January 29, 2020**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE